IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NAVIGATORS INSURANCE
COMPANY, a foreign corporation**,

        Plaintiff,

    v.

**K & O CONTRACTING LLC, an
Oregon limited liability company**,


        Defendant.

No. 3:12-cv-02076-HU

OPINION AND ORDER

**MOSMAN, J.**,

    Judge Hubel recommended [44] Plaintiff Navigators Insurance Company's

("Navigators") motion for summary judgment be denied on September 23, 2013.  Navigators

objected [47], and Defendant K & O Contracting LLC's ("K&O") responded [51].

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may

file written objections.  I am not bound by the recommendations of the magistrate judge; instead,

I retain responsibility for making the final determination.  I am required to review de novo those

portions of the report or any specified findings or recommendations within it to which an

objection is made.  28 U.S.C. § 636(b)(1).  However, I am not required to review, de novo or

under any other standard, the factual or legal conclusions of the magistrate judge as to those

portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether objections have been filed, in either case I am free to accept, reject, or modify any part of the F&R.  28 U.S.C. § 636(b)(1).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R [44] as my own opinion.

IT IS SO ORDERED.

DATED this   4th   day of December, 2013.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge